**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:10-cv-000446 TJW |
| DELL INC, et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff TQP Development, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice against Deutsche Telekom AG. Prior to the filing of this notice, Defendant Deutsche Telekom AG has yet to file an answer or motion for summary judgment.

DATED this 6th day of January, 2011.

By: \s\ *Hao Ni*
Hao Ni
Texas Bar No. 24047205
Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209
E-mail: hni@nilawfirm.com

Andrew Wesley Spangler
Spangler Law PC
208 N. Green St., Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403

Email: spangler@spanglerlawpc.com

Marc Fenster
mfenster@raklaw.com
Andrew D Weiss
Email: aweiss@raklaw.com
Adam Hoffman
Email: ahoffman@raklaw.com
Alexander Giza
Email: agiza@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

\s\ *Hao Ni*_____