**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:10-cv-000446 TJW |
| DELL INC, et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff TQP Development, LLC's filing of a Notice of Voluntary Dismissal Without Prejudice before an answer or motion for summary judgment has been filed by defendant Deutsche Telekom AG, the Court hereby dismisses all claims in this action against Deutsche Telekom AG without prejudice in accordance with ed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear their own costs, expenses, and attorney's fees.

SIGNED this 11th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE