# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC | § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No.  2:10-CV-446-TJW |
| DELL, INC., et al. | § § § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL OF LOWE'S COMPANIES, INC.

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff TQP Development, LLC voluntarily dismisses Defendant Lowe's Companies, Inc. without prejudice, the opposing party having served neither an answer nor a motion for summary judgment.

Dated:  January 27, 2011                    Respectfully submitted,

                                By:  /s/ Andrew W. Spangler
                                    Andrew W. Spangler
                                    State Bar No. 24041960
                                    Spangler Law P.C.
                                    208 N. Green St., Suite 300
                                    Longview, TX 75601
                                    Telephone:  (903) 753-9300
                                    Facsimile:  (903) 553-0403
                                    Email:spangler@spanglerlawpc.com

                                    LOCAL ATTORNEY FOR TQP
                                    DEVELOPMENT, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of January, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                              /s/ Andrew W. Spangler
                              Andrew W. Spangler