# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  2:10-CV-446-TJW |
| | § | |
| DELL, INC.,  et al. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL OF LOWE'S HIW INC.

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff TQP Development, LLC voluntarily dismisses Defendant Lowe's HIW Inc. without prejudice, the opposing party having served neither an answer nor a motion for summary judgment.

Dated:  January 27, 2011             Respectfully submitted,

                                     By: /s/ Andrew W. Spangler
                                         Andrew W. Spangler
                                         State Bar No. 24041960
                                         Spangler Law P.C.
                                         208 N. Green St., Suite 300
                                         Longview, TX 75601
                                         Telephone:  (903) 753-9300
                                         Facsimile:  (903) 553-0403
                                         Email:spangler@spanglerlawpc.com

                                         LOCAL ATTORNEY FOR TQP
                                         DEVELOPMENT, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of January, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ Andrew W. Spangler
      Andrew W. Spangler