# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  2:10-CV-446-TJW |
| § | |
| DELL, INC., et al. § | |
| § | |
| Defendants. § | |

## ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL OF LOWE'S HIW INC.

Having considered Plaintiff TQP Development, LLC's ("Plaintiff") Notice of Voluntary Dismissal the Court finds that good cause exists for granting the notice.  The Notice of Voluntary Dismissal is GRANTED.  All claims asserted by Plaintiff against Defendant Lowe's HIW Inc. are hereby dismissed without prejudice.  Each party will bear its own costs and attorneys' fees.

SIGNED this 31st day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1