# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  2:10-CV-446-TJW |
| | § | |
| DELL, INC.,  et al. | § | |
| | § | |
| Defendants. | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff TQP Development, LLC and Defendant Dell Inc. ("Dell"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated February 16, 2011, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  February 25, 2011                                    Respectfully submitted,

                                                                   By: /s/ Andrew W. Spangler
                                                                      Andrew W. Spangler
                                                                      State Bar No. 24041960
                                                                      Spangler Law P.C.
                                                                      208 N. Green St., Suite 300
                                                                      Longview, TX 75601
                                                                      Telephone:  (903) 753-9300
                                                                      Facsimile:  (903) 553-0403
                                                                      Email:spangler@spanglerlawpc.com

                                                                      LOCAL ATTORNEY FOR TQP
                                                                      DEVELOPMENT, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 25th day of February, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            /s/ Andrew W. Spangler
                                            Andrew W. Spangler