**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No. 2:10-CV-446 |
| DELL, INC., ET AL., | | |
| Defendants. | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Plaintiff TQP Development, LLC and Defendant Discover Financial Services, pursuant to Fed. R. Civ. P. 41(a)(2), have agreed to settle, adjust, and compromise all claims against each other in the above-captioned action. The parties, therefore, move jointly for an order dismissing with prejudice Plaintiff's claims against Defendant in this action, subject to the terms of the settlement agreement entered into by the parties.

Plaintiff and Defendant stipulate that each party is to bear its own costs, expenses and attorneys' fees.

A proposed Order accompanies this motion.

Dated: February 25, 2011   Respectfully submitted,

| /s/ Andrew W. Spangler | /s/ Emily M. Wood |
|---|---|
| Marc A.Fenster | Emily M. Wood |
| California Bar No. 181067 | Illinois State Bar No. 6293369 |
| Adam S Hoffman | JONES DAY |
| Alexander Chester Giza | 77 West Wacker Drive, Suite 3500 |
| Andrew D Weiss | Chicago, Illinois 60601-1692 |
| Russ August & Kabat | Telephone: (312) 782-3939 |
| 12424 Wilshire Boulevard | Facsimile: (312) 782-8585 |
| Suite 1200 | ewood@jonesday.com |
| Los Angeles, CA 90025 | |
| (310) 826-7474 | Melissa Richards Smith |
| Fax: (310) 826-6991 | Gillam & Smith, LLP |
| mfenster@raklaw.com Email: | 303 South Washington Avenue |
| agiza@raklaw.com | Marshall, TX 75670 |
| aweiss@raklaw.com | (903) 934-8450 |
| ahoffman@raklaw.com | Fax: (903) 934-9257 |
| | melissa@gillamsmithlaw.com |
| Andrew W. Spangler | |
| Spangler Law PC | ATTORNEYS FOR DEFENDANT |
| 208 N. Green St. | DISCOVER FINANCIAL SERVICES |
| Suite 300 | |
| Longview, TX 75601 | |
| 903-753-9300 | |
| Fax: 903-553-0403 | |
| spangler@spanglerlawpc.com | |

Hao Ni
Ni Law Firm, PLLC
3102 Maple Avenue
Ste 400
Dallas, TX 75201
214-800-2208
Fax: 214-800-2209
hni@nilawfirm.com

ATTORNEYS FOR PLAINTIFF
TQP DEVELOPMENT LLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on February 25, 2011 via the Court's CM-ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by e-mail and/or first class mail this same date.

                                              /s/ Andrew W. Spangler
                                              Andrew W. Spangler