**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:10-CV-446 |
| DELL, INC., ET AL., | § § | |
| Defendants. | § § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court is of the opinion that the Joint Motion to Dismiss agreed to by TQP Development, LLC and Discover Financial Services should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by TQP Development, LLC against Discover Financial Services are hereby

DISMISSED WITH PREJUDICE to the re-filing of same. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

This is a final judgment.

SIGNED this 2nd day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE