**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 2:10-cv-446** | |
| § | | |
| **DELL, INC., et al.,** § | **JURY TRIAL DEMANDED** | |
| § | | |
| Defendants. § | | |
| § | | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, TQP Development, LLC and Defendants Hewlett-Packard Company ("HP"), Hewlett-Packard Development Company, L.P. ("HPDC"), United Continental Holdings, Inc. ("United Continental Holdings"), and United Air Lines, Inc. ("UAL"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action against HP, HPDC, United Continental Holdings and UAL WITH PREJUDICE and dismissing all counterclaims as MOOT, subject to the terms of that certain agreement entitled "**MASTER AGREEMENT**" and dated August 9, 2011, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 22, 2011 Respectfully submitted,

*/s/ Andrew W. Spangler*
Andrew W. Spangler
State Bar No. 24041960
Email:  spangler@spanglerlawpc.com
SPANGLER LAW P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone No. (903) 753-9300
Telecopier No. (903) 553-0403

ATTORNEY FOR PLAINTIFF/
TQP Development, LLC


*/s/ Winstol D. Carter, Jr.*
Winstol D. Carter, Jr.
State Bar No. 03932950
Email:  wcarter@morganlewis.com
Rick L. Rambo
State Bar No. 00791479
Email:  rrambo@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX  77002
Telephone No. (713) 890-5000
Telecopier No. (713) 890-5001

ATTORNEYS FOR DEFENDANTS/
Hewlett-Packard Company, Hewlett-Packard Development Company, L.P., United Continental Holdings, Inc., and United Air Lines, Inc.

## **CERTIFICATE OF SERVICE**

   I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 22nd day of August, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

              /s/ Andrew W. Spangler
              Andrew W. Spangler