IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 2:10-cv-446 |
| DELL, INC., et al., | | JURY TRIAL DEMANDED |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Parties' Stipulated Motion for Dismissal of Plaintiff's claims against Hewlett-Packard Company, Hewlett-Packard Development Company, L.P., United Continental Holdings, Inc., and United Air Lines, Inc., with prejudice and all counterclaims as moot, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, and DECREED that all claims asserted in this suit by Plaintiff against Defendants are hereby dismissed with prejudice, and all counterclaims are dismissed as moot, subject to the terms of that certain agreement entitled "MASTER AGREEMENT" dated August 9, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

IT IS SO ORDERED.

SIGNED this 23rd day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

DB1/ 68009222.1