**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>WELLS FARGO & CO. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-CV-61-JRG-RSP<br>LEAD CASE |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>YORK SECURITIES, INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-CV-71-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>SECURITY SERVICE<br>FEDERAL CREDIT UNION | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:12-CV-72-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>CABLE ONE, INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-CV-176-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>DISH NETWORK LLC | §<br>§<br>§<br>§<br>§ | Case No. 2:12-CV-179-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-CV-181-JRG-RSP |
| TQP DEVELOPMENT, LLC<br><br>v.<br><br>INDEED, INC. | §<br>§<br>§<br>§<br>§ | Case No. 2:12-CV-187-JRG-RSP |

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| v. | § | Case No. 2:12-CV-192-JRG-RSP |
| | § | |
| GOOGLE, INC. | § | |
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| v. | § | Case No. 2:12-CV-199-JRG-RSP |
| | § | |
| FISERV, INC. | § | |
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| v. | § | Case No. 2:12-CV-258-JRG-RSP |
| | § | |
| CATALYST CORPORATE FEDERAL | § | |
| CREDIT UNION, et al. | § | |
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| v. | § | Case No. 2:12-CV-262-JRG-RSP |
| | § | |
| FEDERAL EXPRESS CORP. | § | |
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| v. | § | Case No. 2:12-CV-264-JRG-RSP |
| | § | |
| GILT GROUPE, INC. | § | |
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| v. | § | Case No. 2:12-CV-425-JRG-RSP |
| | § | |
| ANN INC. | § | |
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| v. | § | Case No. 2:12-CV-429-JRG-RSP |
| | § | |
| PLAINSCAPITAL CORP. | § | |
| TQP DEVELOPMENT, LLC | § | |
| | § | |
| v. | § | Case No. 2:12-CV-431-JRG-RSP |
| | § | |
| CARMAX BUSINESS SERVICES, LLC | § | |

| TQP DEVELOPMENT, LLC | § | |
|---|---|---|
| | § | |
| v. | § | Case No. 2:10-CV-446-JRG-RSP |
| | § | |
| DELL, INC., et al. | § | |

## <u>CONSOLIDATION ORDER</u>

The Court has reviewed the pleadings, and observes that the same patent is at issue in all of these related cases.  Given that there are common questions of law and fact, at least with respect to claim construction, and in order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby consolidates the cases listed in the caption for pretrial purposes only.  Case No. 2:12-CV-61 is designated as the lead case.  All future filings must be made in the lead case until this consolidation order is vacated.

**SIGNED this 31st day of January, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE